IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-305-FDW-DCK

| | |
|---|---|
| COPPER RIDGE OWNERS' ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Matthew E. Lee, concerning James Brandon McWherter on June 27, 2016. Mr. James Brandon McWherter seeks to appear as counsel *pro hac vice* for Plaintiff Copper Ridge Owners' Association, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. James Brandon McWherter is hereby admitted *pro hac vice* to represent Plaintiff Copper Ridge Owners' Association, Inc.

**SO ORDERED**.

Signed: June 28, 2016

David C. Keesler
United States Magistrate Judge