IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-305-DCK

| COPPER RIDGE OWNERS' ASSOCIATION, INC., | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of the case and the parties' obligations pursuant to the "Pretrial Order And Case Management Plan" (Document No. 16). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned observes that the parties were required to file a notice with the Court identifying their mediator on or before October 10, 2016. (Document No. 16, p.5). It appears that the parties have failed to satisfy this obligation.

**IT IS, THEREFORE, ORDERED** that the parties shall have up to and including **October 21, 2016** to file a Notice identifying their mediator, or explaining their inability to agree on a mediator.

Signed: October 14, 2016

David C. Keesler
United States Magistrate Judge