# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-305-DCK

| | |
|---|---|
| COPPER RIDGE OWNERS' ASSOCIATION, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Revise Scheduling Order And Motion For Continuance" (Document No. 33) filed December 20, 2016. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Revise Scheduling Order And Motion For Continuance" (Document No. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Pretrial Order And Case Manamange Plan" (Document No. 16) shall be amended as follows:

| | |
|---|---|
| Expert Reports (Plaintiff) | **January 6, 2017**; |
| Expert Reports (Defendant) | **February 3, 2017**; |
| Discovery Completion | **April 28, 2017**; |
| ADR Report | **May 12, 2017** |
| Dispositive Motions | **May 26, 2017**; and |

Trial **August 7, 2017**.

**SO ORDERED**.

Signed: December 21, 2016

David C. Keesler
United States Magistrate Judge