# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-305-DCK

| | |
|---|---|
| COPPER RIDGE OWNERS' ASSOCIATION, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 36) on May 17, 2017, notifying the Court that they have reached a settlement agreement. The Court commends the parties and their counsel for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 16, 2017**.

**SO ORDERED**.

Signed: May 17, 2017

David C. Keesler
United States Magistrate Judge